IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER WYROSDICK, #196 364 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:10-cv-800-ID |
| v. | ) | (WO) |
| | ) | |
| GOVERNOR BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On October 21, 2010, the Magistrate Judge filed a Recommendation (Doc. #9) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #9) be and the same is hereby ADOPTED;

2. The Plaintiff's Motion for Preliminary Injunction (Doc. #1) be and the same is hereby DENIED;

3. This case be and the same is hereby REFERRED back to the Magistrate Judge for additional proceedings.

Done this the 17th day of November, 2010.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE