IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER WYROSDICK, #196 364, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:10-CV-800-SRW |
| | ) [WO] |
| | ) |
| GOVERNOR BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that:

1.  Plaintiff's requests for declaratory and permanent injunctive relief (*Doc. No. 1*) are DENIED as moot;

2.  Plaintiff's challenges to the Alabama Community Notification Act are DISMISSED for lack of subject matter jurisdiction;

3.  Defendants' motion for summary judgment with respect to Plaintiff's remaining § 1983 claims (*Doc. No. 25*) is GRANTED;

4.  Plaintiff's state law claims are DISMISSED without prejudice;

5.  Judgment is ENTERED in favor of Defendants and against Plaintiff;

6.  This case is DISMISSED with prejudice; and

7.  No costs are taxed.

The Clerk is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

DONE, this 25th day of February, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE